IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KRISTINA MARTINEZ**, and **TODD LOPEZ**,
as Co-Personal Representatives of the **ESTATE OF
DALE RAND ERICKSON**, deceased,
**LUCILLE HIGGINS, BRANDON ERICKSON**,
**MATTHEW ERICKSON, JONATHAN ERICKSON**,
and **MARLENE KANTOWSKI**, as parent and next
friend of **BRIANNA ERICKSON**,

    Plaintiffs,

v.                                                               Case No. 1:22-cv-00288-KK-SCY

**CORRHEALTH, PROFESSIONAL LIMITED
LIABILITY COMPANY d/b/a CORRHEALTH, LLC**,
a foreign limited liability company,
**BRUCE BOYNTON, MD**,
**BARRY SCHOOLEY-STANFORD, MSN, FNP-C**,
**OAKLEY BLASDEL, RN**,
**KIMBERLY RICH-GAINEY, RN**, and
**MYRA MARTINEZ, LPN**, in their individual capacities
as employees of CorrHealth, Professional Limited
Liability Company d/b/a CorrHealth, LLC,
**BOARD OF COUNTY COMMISSIONERS
OF SANDOVAL COUNTY, and GILBERT
ARMENDARIZ**, in his individual and official
capacity as Director of the Sandoval County
Detention Center,

    Defendants.

### SUPPLEMENT TO PETITION FOR REMOVAL
### COMPLETE SET OF STATE COURT PROCEEDINGS PRIOR TO REMOVAL
### PURSUANT TO RULE 81.1(A)

COME NOW, Defendants, CORRHEALTH, PLLC d/b/a/ CORRHEALTH, LLC, BRUCE BOYNTON, MD, BARRY SCHOOLEY-STANFORD, MSN, FNP-C, OAKLEY BLASEL, RN, KIMBERLY RICH-GAINEY, RN, and MYRA MARTINEZ, LPN, hereby supplementing their previously filed April 19, 2022 Petition for Removal with a complete set of State Court proceedings pursuant to New Mexico Local Rule 81.1(a). Attached hereto as **Exhibit**

**A** is a list of state court documents which accompany this filing, with the contemporaneous filing of said documents in their entirety.

Respectfully submitted this 10th day of May 2022,

                         SHARUZI LAW GROUP, LTD.

                         By: /s/ *Jacqueline B. Sharuzi*
                               Jacqueline B. Sharuzi
                               518 17th Street, Suite 270
                               Denver, CO 80202
                               Tel: (303) 226- 0330
                               Fax: (303) 226-0340
                               jackie@sharuzilaw.com
                               ***Attorney for Defendant CorrHealth, Professional Limited Liability Company d.b.a CorrHealth, LLC, Bruce Boynton, MD, Barry Schooley-Stanford, MSN, FNP-C, Oakley Blasel, RN, Kimberly Rich-Gainey, RN, and Myra Martinez, LPN.***

## **CERIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of May, 2022 was filed electronically through the CM/EFE electronic filing system, which caused the following attorneys to be electronically served as follows:

ROTHSTEIN DONATELLI LLP
CAROLYN M. "CAMMIE" NICHOLS
ARNE R. LEONARD
CAREY BHALLA
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443 - office
(505) 242-7845 - fax
cmnichols@rothsteinlaw.com
aleonard@rothsteinlaw.com

SAMUEL P. RUYLE, ESQ
Samuel P. Ruyle
P.O. Box 32106
Santa Fe, New Mexico 87594
(505) 369-2544
sam@santafelawyers.org

CLARK, JONES & PENNINGTON, LLC
Michael R. Jones
Santa Fe, New Mexico 87501
(505) 820-1825
Fax: (505) 986-0475
mjones@cjplawsf.com

NM LOCAL GOVERNMENT LAW, LLC
Nick Autio
8100 Wyoming Blvd NE Ste M4 # 424
Albuquerque, NM 87113-1963
(505) 889-0983
nick@nmlgl.com

By: *s/ Jacqueline B. Sharuzi*
      Jacqueline B. Sharuzi