**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 30, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| KRISTINA MARTINEZ, as Personal Representative of the Estate of Dale Rand Erickson; LUCILLE HIGGINS; BRANDON ERICKSON; MATTHEW ERICKSON; JONATHAN ERICKSON; BRIANNA ERICKSON, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CORRHEALTH, Professional Limited Liability Comany, d/b/a CorrHealth, LLC, a foreign limited liability company; BRUCE BOYNTON, M.D.; BARRY SCHOOLEY-STANFORD, MSN, FNP-C; OAKLEY BLASDEL, RN; KIMBERLY RICH-GAINEY, RN; MYRA MARTINEZ, LPN, in their individual capacities as employees of CorrHealth, Professional Limited Liability Company d/b/a CorrHealth, LLC, <br><br> Defendants. <br><br> ------------------------------ <br><br> CASEY C. KANNENBERG; JACKSON KELLY, PLLC, <br><br> Attorneys - Appellants. | No. 25-2041 <br> (D.C. No. 1:22-CV-00288-WJ-SCY) <br> (D. N.M.) |

_____

**ORDER**
_____

This matter is before the court on the parties' stipulation to dismiss, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). The motion, as construed, is granted. The stipulation addresses costs; costs will be borne by the parties as set forth in the stipulation.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

2